IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

NARVELL JOHNSON                                                                                       PETITIONER
ADC #95321

V.                                        NO. 5:10cv00226 JMM-JWC

RAY HOBBS, Director,                                                                                  RESPONDENT
Arkansas Department of Correction

## ORDER

Petitioner, a state prisoner proceeding *pro se*, brings this 28 U.S.C. § 2254 petition for writ of habeas corpus (doc. 1). Pursuant to the Court's order entered August 30, 2010 (doc. 5), he has submitted the $5.00 statutory filing fee (doc. 7). *See* Rule 3(a)(1), Rules Governing § 2254 Cases in United States District Courts.[1] The Clerk of the Court is directed to serve, by regular mail, a copy of the petition and this order on Respondent and the Arkansas Attorney General. Respondent is directed to file an answer, motion or other response within twenty-one (21) days after service of the petition, exclusive of the day of service. *See* § 2254 Rules 4 & 5.

IT IS SO ORDERED this 30th day of September, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Petitioner is hereby notified of his responsibility to comply with Local Rule 5.5(c)(2) of the Rules of the United States District Court for the Eastern District of Arkansas, which provides: "It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding pro se shall be expected to be familiar with and follow the Federal Rules of Civil Procedure."