IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

NARVELL JOHNSON                                                     PETITIONER
ADC #95321

V.                                       NO. 5:10cv00226 JMM

RAY HOBBS, Director,                                               RESPONDENT
Arkansas Department of Correction

ORDER

     The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerry Cavaneau and the objections filed in response, and has further reviewed the relevant record de novo.  The Findings and Recommendations are adopted in their entirety as this Court's findings.

     Accordingly, this 28 U.S.C. § 2254 petition for writ of habeas corpus (doc. 1) is hereby denied as untimely, dismissing this action in its entirety with prejudice. Furthermore, a certificate of appealability is denied, as Petitioner has not made a substantial showing of the denial of a constitutional right.  28 U.S.C. § 2253(c)(1)-(2); Rule 11, Rules Governing § 2254 Cases in United States District Courts; *see Slack v. McDaniel*, 529 U.S. 473, 484 (2000) (to satisfy § 2253(c) when habeas petition is denied on procedural grounds, petitioner must show "that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling").

     IT IS SO ORDERED this 6th day of January, 2011.

_____
UNITED STATES DISTRICT JUDGE