IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

NARVELL JOHNSON                                                                           PETITIONER
ADC #95321

V.                                          NO. 5:10cv00226 JMM

RAY HOBBS, Director,                                                                      RESPONDENT
Arkansas Department of Correction

### ORDER

      Pending is Petitioner's motion for reconsideration of the Court's Order adopting the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerry Cavaneau dismissing Petitioner's 28 U.S.C. §2254 petition as untimely. (Docket # 21). Petitioner submitted his timely objections to the Report and Recommendation and these objections were considered by the Court. The habeas corpus petition was denied as barred by the one-year statute of limitations applicable to federal habeas petitions as set forth in the Findings and Recommended Disposition.

      Accordingly, Petitioner's motion for reconsideration is DENIED.

      IT IS SO ORDERED this 18TH day of January, 2011.

                                                                            _____
                                                                          UNITED STATES DISTRICT JUDGE